UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES NEWMAN, | ) | CASE NO. EDCV 11-512 AGR |
| Plaintiff, | ) ) | |
| vs. | ) | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is reversed ad remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: May 23, 2012

_____
ALICIA G. ROSENBERG
United States Magistrate Judge