1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
     1420 E. Cooley Dr., Suite 100
3    Colton, California 92324
4    Telephone: (909) 796-4560
     Facsimile:  (909) 796-3402
5    E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

8               UNITED STATES DISTRICT COURT
9     CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 JAMES NEWMAN,              )   No.  EDCV 11-512- AGR
11                            )
                              )
12     Plaintiff,             )   ORDER AWARDING EAJA FEES
                              )
13     v.                     )
                              )
14                            )
   MICHAEL J. ASTRUE,         )
15 Commissioner Of Social Security, )
16                            )
       Defendant.             )
17 _____)

18     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19     IT IS ORDERED that EAJA fees are awarded in the amount of ONE
20 THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($1,600.00) subject to the
21 terms of the stipulation.
22
23
24
25 DATE:  June 29, 2012          _____
                                 HON. ALICIA G. ROSENBERG
26                               UNITED STATES MAGISTRATE JUDGE
27
28

-1-